ORIGINAL COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Adrian Reiley and Nadiah Reiley, Pro Se, on behalf of CureTube**
**Plaintiff,**
v.
**Santino Saldana, Cure Lids,**
**Defendants.**

**FILED**
Jan 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ armincortez   DEPUTY

'25CV0106 RBM VET

**Case No.: [To Be Assigned]**
**Jury Trial Demanded**

**COMPLAINT**

**Plaintiff CureTube, ("CureTube")**, by and through its undersigned counsel, files this Complaint against **Santino Saldana and Cure Lids ("Defendants")**, and alleges as follows:

**INTRODUCTION**
   1. This is an action for **breach of contract, willful patent infringement under 35 U.S.C. § 271, unjust enrichment, and injunctive relief**, arising from Defendants' unauthorized promotion, distribution, and sale of products containing patented features owned by CureTube.

   2. Plaintiff CureTube owns the rights to **U.S. Patent No. 11,230,414 and U.S. Patent No. 11,814,218 B2**, which protect unique and innovative features of specialized container lids, including an **automatic air exchange (auto-burping) mechanism and a dry-erase labeling feature.**

   3. On **July 1, 2024**, Defendant Santino Saldana executed an **Exclusive Distribution Agreement ("Agreement")** with CureTube, granting CureTube the sole and exclusive right to market, promote, and sell the patented product in the United States.

   4. Despite the Agreement, Defendants have:
   • Breached the contract by independently promoting and distributing the product.
   • Infringed CureTube's patents by selling products that incorporate patented features without authorization.
   • Leveraged CureTube's platform, branding, marketing, and intellectual property to promote their own interests.
   • Acted in bad faith by attempting to terminate the Agreement in retaliation after being confronted about their breaches.

- CureTube's reputation as a **trusted brand in the industry,** having marketed its name and products at major trade shows and events since **2017.**

### Inventory Disruption

12. As a result of Defendant's breaches, Plaintiff CureTube is left with branded inventory for the disputed product but has no ability to reorder or restock. Defendant's failure to honor the Agreement disrupts Plaintiff's ability to market and sell the product effectively, leaving Plaintiff with inventory that cannot be replenished or supported.

### Breach of Contract and Retaliatory Termination

13. In **December 2024**, Defendant attended MJ BizCon, where Plaintiff had secured booth space to promote the product.

14. Defendant was provided a **vendor discount code** through Plaintiff's exhibitor status.

15. Despite the Agreement, Defendant:

- Promoted the product under their own brand (Cure Lids).
- Distributed business cards while wearing Cure Lids-branded apparel.
- Approached a major industry account strategically targeted by CureTube, offering the product under the Cure Lids name and creating confusion and the appearance of competition.

16. Defendant failed to provide timely responses to technical questions necessary for the effective marketing and sale of the product. Specifically, Defendant delayed over a week in responding to a customer inquiry forwarded by Plaintiff, leaving Plaintiff unable to address the customer's needs and undermining Plaintiff's credibility.

17. Defendant admitted to selling **500 units of the infringing product** prior to approaching Plaintiff, with price points ranging from **$90 to $120 per unit. Estimated total $60,000**

18. Defendant continues to maintain a website promoting the disputed product, featuring a **dry-erase sticker identical to CureTube's patented design** and an **automatic air exchange ("auto-burping") mechanism.** The website also advertises a **generic patent certificate**, which has the potential to mislead consumers about the product's patent status.

19. Defendant's actions have caused significant financial harm and damaged CureTube's ability to market and distribute the product effectively.

### CLAIMS FOR RELIEF

### Count 1 – Breach of Contract

20. Defendant's independent marketing, unauthorized promotions, delayed responses, and retaliatory termination attempt constitute a material breach of the Agreement.