ORIGINAL COPY

Name: Adrian Reiley & Nadiah Reiley

Address: 8268 Clairemont Mesa Blvd, Suite 302

San Diego, CA 92111

Phone Number: 858-752-4216

Email Address: Curetube@yahoo.com

*Pro Se*

**FILED**

Jan 15 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___s/ armincortez___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Adrian Reiley & Nadiah Reiley
Pro Se, on behalf of CureTube,
**PLAINTIFF(S)**

v.

Santino Saldana, Cure Lids
**DEFENDANT(S)**

**CASE NUMBER:** '25CV0106 RBM VET

**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**

As the [x] Plaintiff [ ] Defendant proceeding pro se in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm:

1. x I have reviewed and agree to follow all rules and policies included in the Court's Electronic Case Filing Administrative Policies and Procedures Manual available at https://www.casd.uscourts.gov/attorney/filing-procedures.aspx.

2. I understand that once I register for e-filing, I will receive notices and documents in Southern District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges for this case may be revoked and I will be required to file documents in paper with the Clerk's Office.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully, such as (*check all that apply*):

   [x] A computer running on Windows 7 or higher, MacOS X or higher, or Linux;

   [x] Software to convert documents from a word processor format to PDF, such as Adobe Acrobat;

   [x] Document scanner to convert paper documents to PDF files;

   [x] Internet access capable of downloading and uploading file sizes up to 35 MB;

   [x] A compatible browser, such as Firefox 15 or higher, Microsoft Edge, or Safari 5.1 or higher; and

   [x] An email account to receive notifications from the Court.

6. I understand that, if granted leave to electronically file, I must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days. To establish a PACER account, click "Register for an Account" at http://pacer.uscourts.gov.

Date: 01/07/2025

Signature: *Nadiah Reiley ; [signature]*